# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CAITLYN WALSH,<br><br>        Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br>FACEBOOK HOLDINGS, LLC,<br>FACEBOOK OPERATIONS, LLC,<br>FACEBOOK PAYMENTS, INC.,<br>FACEBOOK TECHNOLOGIES, LLC,<br>INSTAGRAM, LLC, AND<br>SICULUS, INC.,<br><br>        Defendants. | Case No. 1:22-cv-04645 |

## DEFENDANT META PLATFORMS, INC.'S NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Meta Platforms, Inc. ("Meta") discloses the following:

1. Meta has no parent corporation. Blackrock, Inc., a publicly traded company, owns more than five percent of Meta's stock.

Dated:   September 19, 2022

      Respectfully submitted,

      */s/ Jacob T. Spencer*
      Jacob T. Spencer (N.D. Ill. #1023550)
      GIBSON, DUNN & CRUTCHER LLP
      1050 Connecticut Avenue, N.W.
      Washington, DC 20036
      Telephone: (202) 887-3792
      Facsimile: (202) 530-4253
      Email: JSpencer@gibsondunn.com

      AND

      Patricia Brown Holmes (ARDC No. 6194645)
      pholmes@rshc-law.com
      Matthew C. Crowl (ARDC No. 6201018)
      mcrowl@rshc-law.com
      RILEY SAFER HOLMES & CANCILA LLP
      70 West Madison Street
      Suite 2900
      Chicago, Illinois 60602

      *Attorneys for Defendants Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram, LLC, and Siculus, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that, on September 19, 2022, a true and correct copy of this Notification of Affiliates was served by ECF on all counsel of record.

                                */s/ Jacob T. Spencer*
                                  Jacob T. Spencer

105716249.1